FILED

2014 Oct-17  AM 09:52
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| BOBBY J. WIDEMAN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. 2:14-cv-1154-JHH-SGC |
| | ) | |
| CHERYL PRICE, WARDEN, et al., | ) | |
| | ) | |
| Respondents. | ) | |

## MEMORANDUM OPINION

The magistrate judge filed a report and recommendation on September 12, 2014, recommending the petition for writ of habeas corpus, filed pursuant to 28 U.S.C. § 2254, be denied as time-barred.  (Doc.  6).  The parties were allowed an opportunity in which to file objections.  No objections have been received from either party.

Having carefully reviewed and considered *de novo* all the materials in the court file, the court is of the opinion that the magistrate judge's findings are due to be and are hereby **ADOPTED** and her recommendation is **ACCEPTED**.  Accordingly, the petition for writ of habeas corpus is due to be denied.  Additionally, for the reasons set forth in the report and recommendation (Doc. 6 at 4), a certificate of appealability pursuant to Rule 11 of the *Rules Governing 2254 Proceedings* is hereby **DENIED**.  A Final Judgment will be entered.

**DONE** this 17th day of October, 2014.

*James H. Hancock*

_____

SENIOR UNITED STATES DISTRICT JUDGE